

# NUMBER 13-21-00225-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

LEONARDO MOLINA,                                                                      Appellant,

v.

THE STATE OF TEXAS,                                                                    Appellee.

## On appeal from the 445th District Court
## of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Hinojosa, Tijerina, and Silva**
**Memorandum Opinion by Justice Hinojosa**

This cause is before the court on appellant's amended motion to dismiss this appeal. The amended motion was signed by both counsel and the appellant. We find the amended motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R.

APP. P. 42.2(a). Without passing on the merits of the case, we grant the amended motion to dismiss and dismiss the appeal.

LETICIA HINOJOSA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
29th day of December, 2021.